UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SHONDU J. LOWRANCE, *et al.*,

                    Plaintiffs,                **ORDER**

    -against-                                      24 Civ. 6746 (JCM)

KAMAL AYOUB, *et al.*,

                    Defendants.
-------------------------------------------------------------X

       On October 15, 2025, the Court held a Telephone Conference in the above-captioned case, during which Plaintiffs' counsel requested permission to take Defendants' depositions. The Court grants this request. Any depositions of Defendants must be completed by November 14, 2025.

Dated:  October 15, 2025
         White Plains, New York

                                                    **SO ORDERED:**

                                                    _____
                                                    JUDITH C. McCARTHY
                                                    United States Magistrate Judge