# SOBO & SOBO
## ATTORNEYS AT LAW

**Please send mail to our central processing center:**
One Dolson Avenue, Middletown, NY 10940
(855) 468-7626 www.sobolaw.com

January 5, 2026

Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

> Re:    Shondu Lowrance, et. al. v. Kamal Ayoub et. al.
> Date of Incident: August 23, 2021
> Index No: 7:24-cv-06746

Dear Honorable Kenneth M. Karas:

As the Court is aware, our office represents Plaintiffs in the aforementioned matter. There is currently a conference scheduled before Your Honor on Thursday, January 8, 2026, at 10:00am.

I respectfully request that the Court adjourn the upcoming appearance date, as I will be engaged in trial in the Orange County Supreme Court case of *Raven v. Fee (Index No. EF005515-2019)* before the Honorable Kyle C. McGovern, J.S.C. Trial is set to begin on or about January 7, 2026, and is expected to continue through January 9, 2026.

This request is made in good faith and not for the purpose of delay. This request is being made with the consent of all counsel. I respectfully request that the matter be adjourned to a later date convenient to the Court and counsel. If you require any additional information, please do not hesitate to contact my office.

Thank you for your continued courtesies.

Respectfully,

Tiffany A. Jacobsen, Esq.

Granted. The conference is adjourned to 1/ 20/26, at 11:00 Via Teleconference
So Ordered.

1/5/26